**Opinion issued December 31, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00806-CV

———————————

## IN RE DORNICE HART, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Dornice Hart, has filed a petition for writ of mandamus, seeking an order directing the trial court to enforce a settlement agreement.[1]

---

[1] The underlying case is *In the Matter of the Marriage of Dornice Hart and Anthony Jermain Mills and In the Interest of M.A.M.*, cause number 2004-14056, pending in the 247th District Court of Harris County, Texas, the Honorable Janice Berg presiding.

We **deny** relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).  We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Lloyd and Kelly.